United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13761-ref
Ramon Emilio Lugo                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2              Date Rcvd: Mar 23, 2017
                              Form ID: pdf900        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
```
db            +Ramon Emilio Lugo,    256 E. Hamilton Street,    Allentown, PA 18109-2548
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13733753     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: BANK OF AMERICA,     PO BOX 982238,    El Paso, TX 79998)
13823200      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13733754      +Claudia,    256 E. Hamilton Street,    Allentown, PA 18109-2548
13733755      +FINANCIAL RECOVERIES,    200 E. PARK DR. STE 100,    Mount Laurel, NJ 08054-1297
13733756      +First Premier Bank,    3820 N. LOUISE AVENUE,    Sioux Falls, SD 57107-0145
13733758       NATIONSTAR,    8950 CYPRESS WATERS BLVD.,    Irving, TX 75063
13739285      +Nationstar Mortgage LLC,    c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921
13828748      +U.S. Bank National Association,    c/o Rushmore Loan Mgmt. Svcs.,    P.O. Box 55004,
                Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Mar 24 2017 01:36:01      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2017 01:36:07      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13828752      +E-mail/Text: bncmail@w-legal.com Mar 24 2017 01:36:00      Altair OH XIII, LLC,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13733757       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 24 2017 01:36:01      Jefferson Capital Systems,
                16 McLeland Road,    Saint Cloud, MN 56303
13826909       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 24 2017 01:36:01      Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
13736040      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2017 01:35:45
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13783159      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 24 2017 01:36:02      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC
13828747       U.S. Bank National Association, not in its individ
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2017 at the address(es) listed below:
```
              CHARLES   LAPUTKA    on behalf of Debtor Ramon Emilio Lugo claputka@laputkalaw.com,
               jamie@laputkalaw.com;mary@laputkalaw.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. Bank National Association...et al
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: dlv                Page 2 of 2                  Date Rcvd: Mar 23, 2017
                              Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JILL  MANUEL-COUGHLIN   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank National Association...et al
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association...et al
          tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 8

Case 16-13761-ref    Doc 25    Filed 03/25/17    Entered 03/26/17 01:04:08    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

RAMON EMILIO LUGO
                                                : Bankruptcy No. 16-13761REF
        Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: March 23, 2017**

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN PA 18102-

RAMON EMILIO LUGO
256 E. HAMILTON STREET
ALLENTOWN,PA.18109